UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

JUN 27 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:19CR00501 RLW/NAB** |
| MIKAYO WEBB, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury further charges that:

On or about May 24, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri, the defendant,

**MIKAYO WEBB,**

did knowingly possess a firearm, which had travelled in interstate or foreign commerce either before or during the defendant's possession of same, at a place that defendant knew, or had reasonable cause to believe, was in a school zone.

In violation of Title 18, United States Code, Section 922(q)(2)(A) and punishable under Title 18, United States Code, Section 924(a)(1).

### COUNT II

The Grand Jury further charges that:

On or about May 24, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri, the defendant,

**MIKAYO WEBB,**

did knowingly and intentionally possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT III

The Grand Jury further charges that:

On or about May 24, 2019, in the City of St. Louis, Missouri, within the Eastern District of Missouri, the defendant,

**MIKAYO WEBB,**

did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count Two (II) herein, in violation of Title 18, United States Code, Sections 924(c)(l)(A) and (c)2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney