UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19 CR 501 RLW |
| | ) |
| MIKAYO WEBB, | ) |
| Defendant. | ) |

### Defendant's Motion for Leave to File Sentencing Memorandum Under Seal

Assistant Federal Defender William Marsh moves to file Mikayo Webb's sentencing memorandum under seal, as it contains private information relating to her medical history and family, including minor children. The undersigned has provided a copy to the Government's attorney via email.

Respectfully submitted,

/s/ *William T. Marsh*
WILLIAM T. MARSH #60906MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: William_Marsh@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon AUSA Edward Dowd.

                                        /s/ *William T. Marsh*
                                        WILLIAM T. MARSH
                                        Assistant Federal Public Defender