IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19 CR 501 RLW |
| MIKAYO WEBB | ) ) ) |
| Defendant. | ) ) |

## WAIVER OF APPEARANCE

COMES NOW defendant, Mikayo Webb, through her attorney, William Marsh, Assistant Federal Public Defender, and waives her right to appear in person for sentencing in this cause. She and counsel have discussed her right to present herself for sentencing in person, and Ms. Webb asserts that she wishes to proceed remotely.

_____  Date: 12-23-2020
Defendant

Respectfully submitted,

/s/ William T. Marsh
William T. Marsh, No. 60906 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: 314-241-1255
Fax: 314-241-3177
E-Mail: William_Marsh@fd.org

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Edward Dowd, Assistant United States Attorney.

/s/ *William Marsh*
William Marsh
Assistant Federal Public Defender